> The Court denies appointment of counsel and instructs defendant to pursue relief by filing a pro se compassionate release motion. Upon any such motion's filing, under this Court's General Order 2020-07-2, the Northern District of Ohio's Public Defender's Office will have 30 days to either file a supplemental compassionate release motion or indicate that they will not file anything on defendant's behalf.
> s/ *James S. Gwin*
> JAMES S. GWIN
> UNITED STATES DISTRICT JUDGE

7-21-2021

Aloha Judge Gwin,

I William Bryce Murphy #39151-060 would like to ask the courts to allow me to have Jeff Lazarus appointed as my legal Council for the filing of the Cares Act. The under line cause is Asthma. I have followed all the necessary protocals & chain of commands. That being BP-8, BP 9, & BP 10. I have completed 50% of my sentence, have been conduct report free & have participated in any programs that have been available to me. Unfortunately I do not have the funds to higher private Council.

Thank you for your time
Have a incredible day.

Bryce Murphy

Case # 1:17-CR-00439-JG (1)

William Bryce Murphy
D.O.B                1980